IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

HARRY L. PEELER, M.D.,

    Plaintiff,

v.                                No. 11-1326

BRITISH MEDICAL TRUST COMPANY,
LTD., et al.,

    Defendants.

___

ORDER ADOPTING REPORT AND RECOMMENDATION ON D.E. 14
___

    Pursuant to an order of reference entered on August 10, 2012, the magistrate judge issued a report and recommendation dated September 20, 2012 (D.E. 19) on the motion of the Plaintiff, Harry L. Peeler, M.D., for default judgment as to all Defendants in this matter (D.E. 14). The Court has reviewed the magistrate judge's report and recommendation, and the entire record of the proceeding before the magistrate judge. No objections having been filed to the report and recommendation, it is hereby ADOPTED.

    IT IS SO ORDERED this 14th day of November 2012.

                                          s/ J. DANIEL BREEN
                                          UNITED STATES DISTRICT JUDGE