IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

HARRY L. PEELER, M.D.,

    Plaintiff,

v.                                          No. 11-1326

BRITISH MEDICAL TRUST COMPANY,
LTD., et al.,

    Defendants.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION ON D.E. 17
_____

    Pursuant to an order of reference entered on August 27, 2012, the magistrate judge issued a report and recommendation dated October 4, 2012 (D.E. 21) on the motion of the Plaintiff, Harry L. Peeler, M.D., for a preliminary injunction (D.E. 17). The Court has reviewed the magistrate judge's report and recommendation, and the entire record of the proceeding before the magistrate judge. No objections having been filed to the report and recommendation, it is hereby ADOPTED. The Court's preliminary injunction order will be docketed separately.

    IT IS SO ORDERED this 14th day of November 2012.

                                                 s/ J. DANIEL BREEN
                                                 UNITED STATES DISTRICT JUDGE